UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | **CV 19-759-DMG (FFMx)** | Date | February 4, 2020 |
|---|---|---|---|

| Title | *Fabian Albert Arroyo v. County of Los Angeles, et al.* | Page | 1 of 1 |
|---|---|---|---|

Present: The Honorable   DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| KANE TIEN | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| NONE PRESENT | NONE PRESENT |

**Proceedings: IN CHAMBERS – ORDER TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE DISMISSED FOR LACK OF PROSECUTION AND NOTICE TO ALL PARTIES**

On January 14, 2020, the Court set a Scheduling Conference. [Doc. # 33.] As required by the Court's April 23, 2019 Order, Fed. R. Civ. P. 26(f), and Local Rule 26-1, counsel are required to file a **Joint** Rule 26(f) Report. On January 31, 2020, Defendants filed a unilateral Rule 26(f) Report [Doc. # 35].

IT IS HEREBY ORDERED that Plaintiff show cause in writing no later than **February 25, 2020**, why sanctions should not be imposed for his failure to cooperate and participate with opposing counsel in a Rule 26(f) conference and for failure to file a **Joint** Rule 26(f) Report. The filing of a **Joint** Rule 26(f) Report by the deadline will be deemed a satisfactory response. **Failure to timely file a satisfactory response to this Order to Show Cause will result in the dismissal of this action for lack of prosecution.**

IT IS SO ORDERED.